Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **MARLA BAKER**, <br><br> Plaintiff, <br><br> v. <br><br> **EQUIFAX, INC., et. al.**, <br><br> Defendants. | Case No.: 2:18-cv-00625-WBS-AC <br> Assigned to: Hon. William B. Shubb <br> Referred to: Hon. Allison Claire <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

## STIPULATION

This Stipulation and [Proposed] Order is entered into by and between counsel for plaintiff Marla Baker ("Plaintiff") and defendant Columbia Collections ("Columbia") as follows:

WHEREAS, the Parties are the only remaining parties to this action that have made an appearance;

WHEREAS, on March 22, 2018 an Order Re: Status (Pretrial Scheduling) Conference was placed on the docket setting a Status (Pretrial Scheduling) Conference for July 16, 2018 at 1:30 p.m.

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL SCHEDULING CONFERENCE -1-

WHEREAS, on May 22, 2018, Columbia filed its Answer with the Court.

WHEREAS, the Parties believe that settlement discussions may prove fruitful at the present time and feel it is in the best interest of the Court and the Parties to continue the July 16, 2018 Status Conference to July 30, 2018 at 1:30 p.m. to allow the Parties to engage in meaningful settlement discussions.

WHEREAS, if the Parties cannot reach a settlement in principle, the Parties shall submit a Joint Status Report no later than July 16, 2018. The Parties shall notify the Court immediately should a settlement be reached.

NOW THEREFORE, the Parties through their respective counsel of record, hereby stipulate, subject to Court approval, as follows, that the Status Conference if continued to July 30, 2018 at 1:30 p.m. and the Joint Status Report shall be filed no later than July 16, 2018.

IT IS SO STIPULATED.

DATED: July 10, 2018 **Carlson & Messer, LLP**

By: */s/ Martin Schannong*
Martin Shannong
Attorney for Defendant
Columbia Collections

DATED: July 10, 2018 **Sagaria Law, P.C.**

By: */s/ Elliot Gale*
Elliot Gale
Attorney for Jennifer Green

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Status Conference is continued to July 30, 2018 at 1:30 p.m. and the Parties shall file a Joint Status Report no later than July 16, 2018.

Dated: July 10, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE