UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA BAKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EQUIFAX, INC.; COLUMBIA COLLECTIONS; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-00625-WBS-AC<br><br>**ORDER OF DISMISSAL** |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: September 26, 2018

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE